# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ELI SANDERS

vs.                                      NO. 4:04CV00515 SWW

QUALITY DINING, INC., ET AL

### JUDGMENT ON JURY VERDICT

This action came on for trial October 31, 2005, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict on November 3, 2005; now therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that plaintiff Eli Sanders takes nothing on the complaint against defendants Quality Dining, Inc., and Grady's American Grill Restaurant Corporation d/b/a Regas Grill, and that the complaint herein be, and the same hereby is, dismissed.

IT IS SO ORDERED this 7th day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE